**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ROBERT ZLAHN,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03081-RFB-BNW

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Robert Zlahn, has another habeas proceeding pending in this District: Zlahn v. Blanche, No. 2:26-CV-02512-APG-BNW.[1]

Accordingly, **IT IS HEREBY ORDERED** that, on or before **October 5, 2026**, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Zlahn v. Blanche, No. 2:26-CV-02512-APG-BNW.

**DATED:** September 25, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

[1] Petitioner also has a closed habeas proceeding in this District: Zlahn v. Mattos, No. 2:26-CV-00183-APG-MDC.